IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT,
IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.:
DIVISION:

MELANIE FELDMAN,

    Plaintiff,

vs.

NEW ACADEMY HOLDING COMPANY, LLC
d/b/a ACADEMY SPORTS + OUTDOORS,

    Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, MELANIE FELDMAN, by and through the undersigned counsel, and hereby sues the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, and alleges as follows:

1. This is an action for damages in excess of Thirty Thousand and One Dollar ($30,001.00), exclusive of interest, attorneys' fees, and costs (the estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).

2. At all times material hereto, the Plaintiff, MELANIE FELDMAN, was a resident of Titusville, Brevard County, Florida.

3. At all times material hereto, the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, was licensed and doing business in the State of Florida.

4. At all times material hereto, the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, maintained a business for the

purposes of servicing business invitees and social guests, including the Plaintiff, MELANIE FELDMAN, and people in the position of the Plaintiff.

5. On or about October 25, 2020, Plaintiff, MELANIE FELDMAN, was a business invitee within the premises of the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, located at 1511 Cornerstone Boulevard, Daytona Beach, Volusia County, Florida, when the Plaintiff slipped on a wet substance, fell, and suffered serious bodily injuries.

6. The Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, had a duty to maintain the subject premises in a reasonably safe condition so as to avoid injury to invitees, such as Plaintiff, MELANIE FELDMAN, and to warn the invitees of dangers which the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, knew or had reason to know created an unreasonable risk of harm to invitees.

7. At the above-described time and place, the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, negligently maintained the subject premises in a dangerous condition in one or more of the following ways, to wit:

    (a) allowing a wet substance to come to be or remain on the floor in an area where patrons were expected to be and were in fact walking; and

    (b) failing to provide invitees, including the Plaintiff, MELANIE FELDMAN, and those in the position of the Plaintiff, warning of the defectively dangerous condition created as a result of the wet substance.

8. The Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, and/or its agents or employees, created the dangerous condition, knew that such dangerous condition existed, or the condition existed for a sufficient length

of time such that the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, and/or its agents or employees, should have known of the dangerous condition in the exercise of reasonable care.

9. The negligence of the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, in failing to maintain the subject premises in a reasonably safe condition and in failing to warn the Plaintiff, MELANIE FELDMAN, of said dangerous condition was the actual and proximate cause of the injuries sustained by the Plaintiff, MELANIE FELDMAN.

10. As a result, the Plaintiff, MELANIE FELDMAN, sustained bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and/or aggravation of a pre-existing condition. The losses are either permanent or continuing and the Plaintiff will suffer such losses in the future.

WHEREFORE, the Plaintiff, MELANIE FELDMAN, demands judgment against the Defendant, NEW ACADEMY HOLDING COMPANY, LLC, d/b/a ACADEMY SPORTS + OUTDOORS, for damages in excess of Thirty Thousand and One Dollar ($30,001.00), exclusive of interest, attorney's fees, and costs, and the Plaintiff demands a trial by jury.

RUE & ZIFFRA

Amanda E. Wright, Esquire
632 Dunlawton Avenue
Port Orange, FL 32127
(386) 788-7700
E-mail: awright@rueziffra.com
         lisas@rueziffra.com
FBN: 99232
Attorney for the Plaintiff